# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ENLOE,<br><br>                             Plaintiff,<br>vs.<br><br>ROSEN AND LOEB,<br><br>                           Defendant. | CASE NO. 09-CV-1299-H (NLS)<br><br>**ORDER**<br>**(1) DISMISSING THE CASE**;<br>**(2) VACATING HEARING DATE; AND**<br>**(3) DIRECTING THE CLERK TO TERMINATE THE CASE** |

On June 28, 2010, Plaintiff filed a notice of voluntary dismissal of this case with prejudice. (Doc. No. 20.) Accordingly, the Court dismisses this action with prejudice, vacates the hearing on dismissal for failure to move for default judgment currently set for June 28, 2010, and directs the Clerk to terminate the case.

**IT IS SO ORDERED.**

DATED: June 22, 2010

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 1 -

09cv1299